```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

MELISSA MELLO,
Representative of the
Estate of Paul S. Mello,
    Plaintiff,

      v.                              CIVIL ACTION NO.
                                       17-10804-MBB

NANCY A. BERRYHILL, Acting
Commissioner of the Social
Security Administration,
    Defendant.

## FINAL JUDGMENT

**February 27, 2019**

**BOWLER, U.S.M.J.**

In accordance with a stipulation of dismissal, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED** with prejudice.


                                          /s/ Marianne B. Bowler
                                    **MARIANNE B. BOWLER**
                                    United States Magistrate Judge